[D.I. 37]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BROKERSBULLPEN, LLC and EVAN SADOWSKI,<br><br>　　　　Defendants. | Civil No. 15-6838 (JHR/AMD) |

**ORDER**

　　　　This Matter comes before the Court by way of motion [D.I. 37] of Plaintiff Live Face on Web, LLC for an Order compelling Defendants to produce outstanding discovery responses to interrogatories, document requests, and requests for admission; and the Court having conducted a telephone conference on March 29, 2016 on the record with all counsel; and for the reasons set forth on the record, and for good cause shown:

　　　　IT IS on this 30th day of March 2016,

　　　　**ORDERED** that Plaintiff's motion to compel [D.I. 37] shall be, and is hereby, **DENIED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　s/ Ann Marie Donio
　　　　　　　　　　　　　　　　　　ANN MARIE DONIO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

cc:　Hon. Joseph H. Rodriguez