```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>BROKERSBULLPEN, LLC, et al.,<br><br>        Defendants. | Civil No. 15-6838 (JHR/AMD) |

### ORDER OF ADMINISTRATIVE TERMINATION

This matter having been brought before the Court by way of Suggestion of Bankruptcy filed on behalf of Defendants Evan Sadowski and BrokersBullpen, LLC [D.I. 44]; and it appearing to the Court that Defendants filed voluntary petitions for relief in the United States Bankruptcy Court for the District of New Jersey; and for good cause shown:

IT IS on this **28th** day of **June 2016**, hereby

**ORDERED** that all proceedings against Defendants BrokersBullpen, LLC and Evan Sadowski shall be, and are hereby, stayed; and it is further

**ORDERED** that the Clerk administratively terminate this matter until further Order of this Court.

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    UNITED STATES MAGISTRATE JUDGE

cc: Hon. Joseph H. Rodriguez